Honolulu, September 6, 1879.

CHUNG HOON *VS.* LUPONG, TRESPASS—ON APPEAL FROM THE POLICE COURT.

This case is precisely similar in principle with that of Akowai *vs.* Lupong, and is against the same defendant. The kuleana is awarded to Ai, who leased it to the plaintiff. It consists of 32-100 of an acre, and the crop taken by defendant from it amounted to 700 pounds of paddy. Damages $15 and costs. Judgment for the plaintiff.

Honolulu, September 6, 1879.

September 9, 1879.—Appeal noted in both cases.

IN THE SUPREME COURT IN BANCO, JANUARY TERM, 1880 — HARRIS, C. J.; McCULLY, J.

January 24, 1880. The Court having heard and considered the arguments of counsel in the case of Akowai *vs.* Lupong and Chung Hoon *vs.* Lupong, adopt the reasoning and confirm the judgment of Mr. Justice Judd herein above set forth. Judgment for plaintiffs.